## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANK PUGLIA and** | * | |
| **SHAE PUGLIA** | * | |
| | * | |
| **Plaintiffs,** | * | **Civil action No.:** |
| | * | |
| **v.** | * | **Section:** |
| | * | |
| **EQUIFAX INFORMATION SERVICES, LLC,** | * | **Magistrate:** |
| **a foreign corporation; EXPERIAN** | * | |
| **INFORMATION SOLUTIONS, INC., a foreign** | * | |
| **corporation; and TRANS UNION LLC, a** | * | |
| **foreign corporation** | * | |
| | * | |
| **Defendants.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I.      Introduction

1.      This is the Complaint brought by two individual consumers under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681, *et seq.,* against defendants Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union LLC.

### II.      Jurisdiction and Venue

2.      This Court has jurisdiction pursuant to 15 U.S.C. § 1681p. Venue is proper in this Court as the events described herein resulted in injury in St. John the Baptist Parish, Louisiana.

### III.      Parties

3.      Plaintiffs Frank Puglia and Shae Puglia ("Plaintiffs") are residents of St. John the Baptist Parish, Louisiana and are consumers as defined by the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681a(c).

4.      Defendant Equifax Information Services, LLC ("Equifax") is a consumer reporting agency as defined by FCRA, 15 U.S.C. §1681a(f).

5.      Defendant Experian Information Solutions, Inc. ("Experian") is a consumer reporting agency as defined by FCRA, 15 U.S.C. §1681a(f).

6.      Defendant Trans Union LLC ("Trans Union") is a consumer reporting agency as defined by FCRA, 15 U.S.C. §1681a(f).

## IV.      Factual Allegations

7.      Equifax has prepared credit reports on Plaintiffs that contain inaccurate information, including information that belongs to John Puglia.   Plaintiff Frank Puglia notified Equifax that he disputed the inaccurate information.

8.      Experian has prepared credit reports on Plaintiffs that contain inaccurate information, including information that belongs to John Puglia.   Plaintiff Frank Puglia notified Experian that he disputed the inaccurate information.  Experian failed to provide Plaintiff Frank Puglia with his credit report upon his request.

9.      Trans Union has prepared credit reports on Plaintiff that contain inaccurate information, including information that belongs to John Puglia. Plaintiff Frank Puglia notified Trans Union that he disputed the inaccurate information.

### First Claim for Relief

### (Plaintiff Frank Puglia Against Equifax)

### (Negligent Noncompliance with FCRA)

10.     Plaintiff realleges and incorporates paragraphs 1 through 9.

11.     Equifax negligently failed to comply with the requirements of FCRA.

12.     As a result of Equifax's failure to comply with the requirements of FCRA, Plaintiff has

suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury.

13.   Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681o(a).

## Second Claim for Relief

### (Frank Puglia Against Equifax)

### (Willful Noncompliance with FCRA)

14.   Plaintiff realleges and incorporates paragraphs 1 through 9.

15.   Equifax willfully failed to comply with the requirements of FCRA.

16.   As a result of Equifax's failure to comply with the requirements of FCRA, Plaintiff has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury.   Plaintiff also seeks punitive damages in an amount to be determined by the jury.

17.   Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681n(a).

## Third Claim for Relief

### (Plaintiff Shae Puglia Against Equifax)

### (Negligent Noncompliance with FCRA)

18.   Plaintiff realleges and incorporates paragraphs 1 through 9.

19.   Equifax negligently failed to comply with the requirements of FCRA.

20.   As a result of Equifax's failure to comply with the requirements of FCRA, Plaintiff has

suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury.

21. Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681o(a).

### Fourth Claim for Relief

**(Plaintiff Shae Puglia Against Equifax)**

**(Willful Noncompliance with FCRA)**

22. Plaintiff realleges and incorporates paragraphs 1 through 9.

23. Equifax willfully failed to comply with the requirements of FCRA.

24. As a result of Equifax's failure to comply with the requirements of FCRA, Plaintiff has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury.  Plaintiff also seeks punitive damages in an amount to be determined by the jury.

25. Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681n(a).

### Fifth Claim for Relief

**(Plaintiff Frank Puglia Against Experian)**

**(Negligent Noncompliance with FCRA)**

26. Plaintiff realleges and incorporates paragraphs 1 through 9.

27. Experian negligently failed to comply with the requirements of FCRA.

28. As a result of Experian's failure to comply with the requirements of FCRA, Plaintiff has

suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury.

29.  Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681o(a).

## Sixth Claim for Relief

### (Plaintiff Frank Puglia Against Experian)

### (Willful Noncompliance with FCRA)

30.  Plaintiff realleges and incorporates paragraphs 1 through 9.

31.  Experian willfully failed to comply with the requirements of FCRA.

32.  As a result of Experian's failure to comply with the requirements of FCRA, Plaintiff has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury.  Plaintiff also seeks punitive damages in an amount to be determined by the jury.

33.  Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681n(a).

## Seventh Claim for Relief

### (Plaintiff Shae Puglia Against Experian)

### (Negligent Noncompliance with FCRA)

34.  Plaintiff realleges and incorporates paragraphs 1 through 9.

35.  Experian negligently failed to comply with the requirements of FCRA.

36.  As a result of Experian's failure to comply with the requirements of FCRA, Plaintiff has

suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury.

37.     Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681o(a).

## Eighth Claim for Relief

### (Plaintiff Shae Puglia Against Experian)

### (Willful Noncompliance with FCRA)

38.     Plaintiff realleges and incorporates paragraphs 1 through 9.

39.     Experian willfully failed to comply with the requirements of FCRA.

40.     As a result of Experian's failure to comply with the requirements of FCRA, Plaintiff has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury.  Plaintiff also seeks punitive damages in an amount to be determined by the jury.

41.     Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681n(a).

## Ninth Claim for Relief

### (Plaintiff Frank Puglia Against Trans Union)

### (Negligent Noncompliance with FCRA)

42.     Plaintiff realleges and incorporates paragraphs 1 through 9.

43.     Trans Union negligently failed to comply with the requirements of FCRA.

44.     As a result of Trans Union's failure to comply with the requirements of FCRA, Plaintiff

has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury.

45.     Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681o(a).

### Tenth Claim for Relief

### (Plaintiff Frank Puglia Against Trans Union)

### (Willful Noncompliance with FCRA)

46.     Plaintiff realleges and incorporates paragraphs 1 through 9.

47.     Trans Union willfully failed to comply with the requirements of FCRA.

48.     As a result of Trans Union's failure to comply with the requirements of FCRA, Plaintiff has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury.  Plaintiff also seeks punitive damages in an amount to be determined by the jury.

49.     Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681n(a).

### Eleventh Claim for Relief

### (Plaintiff Shae Puglia Against Trans Union)

### (Negligent Noncompliance with FCRA)

50.     Plaintiff realleges and incorporates paragraphs 1 through 9.

51.     Trans Union negligently failed to comply with the requirements of FCRA.

52.     As a result of Trans Union's failure to comply with the requirements of FCRA, Plaintiff

has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury.

53.     Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681o(a).

### Twelfth Claim for Relief

**(Plaintiff Shae Puglia Against Trans Union)**

**(Willful Noncompliance with FCRA)**

54.     Plaintiff realleges and incorporates paragraphs 1 through 9.

55.     Trans Union willfully failed to comply with the requirements of FCRA.

56.     As a result of Trans Union's failure to comply with the requirements of FCRA, Plaintiff has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury.  Plaintiff also seeks punitive damages in an amount to be determined by the jury.

57.     Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681n(a).


        WHEREFORE, Plaintiffs respectfully request that the Court grant the following relief in their favor as follows:

    1.  Actual damages to be determined by the jury;

    2.  Punitive damages to be determined by the jury;

    3.  Attorneys' fees;

    4.  Costs and expenses incurred in the action; and

    5.  Such other and further relief as is appropriate.

PLAINTIFFS DEMAND A TRIAL BY JURY.


DATED this 14th day of March 2013.

PATRICK MILLER LLC

/s/ *Marc R. Michaud*

Marc R. Michaud, La. Bar No. 28962
400 Poydras Street, Ste. 1680
New Orleans, LA 70130
(504) 680-4318 (Telephone)
(504) 527-5456 (Facsimile)
mmichaud@patrickmillerlaw.com (Email)