UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FRANK PUGLIA ET AL.                        CIVIL ACTION

VERSUS                                     NO. 13-480

EQUIFAX INFORMATION                        SECTION "K"(2)
SERVICES, LLC ET AL.

## ORDER

The captioned case was dismissed by order entered by the presiding district judge on August 6, 2014. Record Doc. No. 81. Accordingly, the settlement conference previously set in this matter before me on August 19, 2014, is hereby CANCELLED.

New Orleans, Louisiana, this ____6th____ day of August, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE